125

Submitted on remand from the Oregon Supreme Court May 14, affirmed September 8, 1982

In the Matter of James Donald Hill,
a Child.
STATE ex rel JUVENILE DEPARTMENT
OF COOS COUNTY,
*Respondent,*
*v.*
LEE,
*Appellant.*
(No. 9292, CA 19508)

650 P2d 189

William D. Dials, Charleston, argued the cause and filed the brief for appellant.

Jan Peter Londahl, Assistant Attorney General, Salem, argued the cause for respondent. On the brief were Dave Frohnmayer, Attorney General, William F. Gary, Solicitor General, and James C. Rhodes, Assistant Attorney General, Salem.

Before Richardson, Presiding Judge, and Thornton and Van Hoomissen, Judges.

PER CURIAM.

## PER CURIAM.

This appeal by the mother from a judgment terminating her parental rights in her child is here for the second time. We previously affirmed the judgment. 54 Or App 779, 642 P2d 704 (1981). The Supreme Court allowed mother's petition for review and remanded the case to us for reconsideration in light of *Santosky v. Kramer,* 455 US 745, 102 S Ct 1388, 71 L Ed 2d 599 (1982). *See also State ex rel Juv. Dept. v. Farrell,* 292 Or 822, 642 P2d 1167 (1982).

On remand in *State ex rel Juv. Dept. v. Farrell,* 58 Or App 258, 648 P2d 401 (1982), we held that ORS 419.525(2) was unconstitutional insofar as it allowed termination of parental rights by applying a preponderance of the evidence standard of proof. We have reexamined the record in light of the appropriate burden of proof on *de novo* review and adhere to our original decision affirming the judgment terminating mother's parental rights.

Affirmed.